CAROL A. DOYLE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Delopez, Amanda A | § | Case No. 12-14505 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/28/2012 in Courtroom 742,

DIRKSEN FEDERAL COURTHOUSE
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/05/2012          By: /s/ Andrew J. Maxwell
                                           Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Delopez, Amanda A | § | Case No. 12-14505 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,580.10 |
| and approved disbursements of | $ | 2.87 |
| leaving a balance on hand of[1] | $ | 5,577.23 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $       1,308.01 | $       0.00 | $       1,308.01 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,308.01 |
| Remaining Balance | $ | 4,269.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,065.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000001 | 1st Financial Bank | $          15,786.45 | $          0.00 | $          2,490.08 |
| 000002 | FIA CARD SERVICES, N.A. | $          11,279.26 | $          0.00 | $          1,779.14 |

Total to be paid to timely general unsecured creditors          $          4,269.22

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell _____
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-14505-CAD
Amanda A DeLopez                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Nov 06, 2012
                             Form ID: pdf006           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2012.
db           #+Amanda A DeLopez,   3631 N. Bell Ave,   Apt. 1,   Chicago, IL 60618-4819
19127486     +1st Financial Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
18755162     +Bank of America,   PO Box 982238,   El Paso, TX 79998-2238
19279431      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18755165     +Northwestern Memorial Hospital,   ATTN: Billing Department,   251 E. Huron,
               Chicago, IL 60611-3055
18755166     +People's Energy,   130 E. Randolph Drive,   Chicago, IL 60601-6302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18755163     +E-mail/Text: jpigott@patrolmensfcu.org Nov 07 2012 01:57:29    Chicago Patrolmen's FCU,
               1407 W. Washington Blvd,   Chicago, IL 60607-1820
18755164     +E-mail/Text: bankruptcynotice@1fbusa.com Nov 07 2012 01:57:40    First Financial Bank USA,
               363 W. Anchor Dr.,   North Sioux City, SD 57049-5154
                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2012**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-1         User: cmendoza1          Page 2 of 2          Date Rcvd: Nov 06, 2012
                            Form ID: pdf006          Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2012 at the address(es) listed below:
          Andrew J Maxwell    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Jason  Blust    on behalf of Debtor Amanda DeLopez NDILnotices@maceybankruptcylaw.com,
           CourtNotice@maceybankruptcylaw.com;jblust@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
           andpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 4